7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Joel Tyler Bryan (TRSNFD TO WESTERN DIV)
*Debtor*

*Bankruptcy Case No.*
14–50211–can7

**Bruce E Strauss**
 Plaintiff(s)

*Adversary Case No.*
14–04148–can

v.

**First National Bank of Omaha**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Plaintiff/Trustees Motion for Default Judgment is granted and judgment is awarded in the amount of $1,770.00 against Defendant First National Bank of Omaha.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
 Deputy Clerk



Date of issuance: 3/9/15

Court to serve